# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL JACKSON**, | : | CIVIL ACTION NO. 1:08-CV-0234 |
| | : | |
| Petitioner | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **WARDEN EBBERT**, | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 19th day of February, 2008, upon consideration of *pro se* petitioner's motion (Doc. 4) asking the court to reconsider the order of court dated February 6, 2008 (Doc. 3), and the court finding that there are no manifest errors of law or fact in the challenged order, see Harsco Corp. v. Zlotniki, 779 F.2d 906, 909 (3d Cir. 1985) ("The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence . . . ."), it is hereby ORDERED that the motion for reconsideration (Doc. 4) is DENIED.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge